UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case: 2:25-cr-20061<br>Assigned To : White, Robert J.<br>Referral Judge: Stafford, Elizabeth A.<br>Assign. Date : 2/6/2025<br>Description: SEALED MATTER (SS) |
| v. | |
| JERRY LEE RELERFORD III, | Violation: 18 U.S.C. § 922(g)(1) |
| Defendant. | |

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
### 18 U.S.C. § 922(g)(1)
*Felon in Possession of a Firearm*

On or about December 20, 2024, in the Eastern District of Michigan, Southern Division, the defendant, JERRY LEE RELERFORD III, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting interstate commerce, a firearm, that is, one Ruger LCP II, .22 caliber, semi-automatic pistol, in violation of Title 18, United States Code, Section 922(g)(1).

### FORFEITURE ALLEGATION
### 18 U.S.C. § 924(d) and 28 U.S.C. § 2461
*Criminal Forfeiture*

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461.

Upon conviction of the offense charged in Count One of this Indictment, Defendant JERRY LEE RELERFORD III shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in or used in any knowing violation of said offense, including but not limited to the Ruger LCP II, .22 caliber, semi-automatic pistol, and associated ammunition.

THIS IS A TRUE BILL.

*s/ Grand Jury Foreperson*
Grand Jury Foreperson

JULIE A. BECK
Acting United States Attorney

*s/ Sara D. Woodward*
SARA D. WOODWARD
Chief, General Crimes Unit
Assistant United States Attorney

*s/ Darrin S. Crawford*
DARRIN S. CRAWFORD
Assistant United States Attorney

Dated: February 6, 2025

| United States District Court Eastern District of Michigan | Criminal Case Cov | Case: 2:25-cr-20061<br>Assigned To : White, Robert J.<br>Referral Judge: Stafford, Elizabeth A.<br>Assign. Date : 2/6/2025<br>Description: SEALED MATTER (SS) |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to comp

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes  ☒ No | AUSA's Initials: D.C |

Case Title: USA v.  Jerry Lee Relerford III

County where offense occurred : Washtenaw

Check One:   ☒ Felony     ☐ Misdemeanor     ☐ Petty

    ____ Indictment/____ Information --- no prior complaint.
    ✓ Indictment/____ Information --- based upon prior complaint [Case number: 25-mj-30016 ]
    ____ Indictment/____ Information --- based upon LCrR 57.10 (d) [Complete Superseding section below].

**Superseding Case Information**

Superseding to Case No: _____     Judge: _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| Defendant name | Charges | Prior Complaint (if applicable) |
|---|---|---|

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

February 6, 2025
Date

Darrin Crawford
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
313-226-9549
Darrin.Crawford@usdoj.gov
P75863

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.